CMMC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. **21-MJ-1369** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF:<br>Title 18, USC 111(a)(1) Assault on a Federal Officer |
| Marvin Yovany SANABRIA-Villanueva, | |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

On or about April 14, 2021, within the Southern District of California, defendant, Marvin Yovany SANABRIA-Villanueva, did intentionally and forcibly assault, a person named in 18 U.S.C. Section 1114, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Border Patrol Agent R. Rogel, in that Defendant assaulted R. Rogel by kicking and punching in the chest area Agent R. Rogel, while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 15, 2021.

HON. ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Marvin Yovany SANABRIA-Villanueva

### PROBABLE CAUSE STATEMENT

The complainant states that Odilio FLORES-Maldonado, a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 13, 2021, Border Patrol Agent R. Rogel was conducting assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 11:50 P.M., Department of Defense personnel Sergeant C. Sluss, who was monitoring the Remote Visual Surveillance System (RVSS), notified agents of two individuals walking northbound across the United States/Mexico International Boundary, near an area known to Border Patrol Agents as "White Cross." Agent Rogel responded to the area, and RVSS was able to guide him to the individuals. Agent Rogel announced himself as a Border Patrol Agent, and observed one of the individuals stand up and begin walking south away from him. Agent Rogel approached the individual later identified as Material Witness, Odilio FLORES-Maldonado and ordered him to the ground and placed him in handcuffs.

Approximately five minutes later, Agent Rogel was able to locate the second individual later identified as the defendant, Marvin Yovany SANABRIA-Villanueva attempting to hide in a large bush. This area is located approximately 4.10 miles east of the Otay Mesa, California Port of Entry, and .4 miles north of the Unite States/Mexico International Boundary. Agent Rogel ordered SANABRIA to come out from where he was sitting, but he ignored Agent Rogel's commands. Agent Rogel grabbed SANABRIA by the foot to get him out from where he was sitting. SANABRIA yelled profanities in the Spanish language at Agent Rogel. SANABRIA started kicking and punching Agent Rogel in the chest and stomach area. Approximately four punches and six kicks made contact with Agent Rogel's body in the chest area. Agent Rogel used his hands and elbows and blocked several more kicks and punches from SANABRIA. While this was going on, Agent Rogel continued to order SANABRIA to stop resisting and to stop kicking and punching him, but SANABRIA did not stop. Agent Rogel had his flashlight turned on to maintain visibility of SANABRIA's hands. As Agent Rogel tried to place SANABRIA under arrest and while defending himself from SANABRIA's attack, Agent Rogel punched SANABRIA with his left hand while still holding his flashlight. After Agent Rogel's strike, SANABRIA stopped his attack. Agent Rogel grabbed SANABRIA by his shirt and rolled him onto his stomach and ordered him to show him his hands, which he complied.

CONTINUATION OF COMPLAINT:
Marvin Yovany SANABRIA-Villanueva


On April 14, 2021 at approximately 12:05 A.M., Agent Rogel placed SANABRIA under arrest. Eventually additional agents arrived to support, Agent Rogel. At this point Agent Rogel was able to conduct an immigration inspection on both FLORES and SANABRIA. FLORES and SANABRIA both stated they are citizens and nationals of Honduras, without immigration documents allowing them to enter or remain in the United States legally.

At the station Defendant Marvin Yovany SANABRIA-Villanueva, was advised of his Miranda rights. SANABRIA stated he understood and was willing to answer questions without an attorney present. SANABRIA stated that he is a citizen of Honduras without immigration documents to enter or remain in the United States legally. SANABRIA stated that he crossed into the United States illegally with another individual that was later identified as Material Witness, Odilio FLORES-Villanueva. FLORES was apprehended with SANABRIA during this incident. SANABRIA stated that while the agent was placing handcuffs on him, he was struck in the head by the agent with an unknown object. He does not know what the object was but noticed blood coming down from the area of the head where he was struck. SANABRIA stated that the agent struck him one time and does not know the reason why. He stated that he was compliant and did not resist arrest at any time. SANABRIA said he heard the agent tell him during the arrest "I can kill you here."

Material Witness Odilio FLORES-Maldonado stated that he illegally entered the United States on April 14, 2021. FLORES stated that he crossed with one other individual that he met approximately three days ago in Tijuana, Mexico. FLORES stated he knows this individual simply as "Fredis". FLORES stated he, along with "Fredis", walked between two fences where there is a large gap and up through the hills for approximately 30 minutes before they both observed Border Patrol vehicles approaching the vicinity in which they were walking. FLORES stated both he and "Fredis" ran and hid in some bushes. FLORES stated he saw a light, possibly coming from a handheld flashlight and knew Border Patrol agents were searching for them.